CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

Eugene B. Elliot, State Bar No. 111475
China M. Westfall, State Bar No. 300982
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VALERIE DODINI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD,<br><br>    Defendants. | Case No. 2:14-cv-02269-JAM-EFB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER**<br><br>Complaint filed: September 30, 2014<br>Trial date: May 9, 2016<br><br>**Hon. John A. Mendez** |
|---|---|

### **STIPULATION TO MODIFY SCHEDULING ORDER**

COMES NOW Plaintiff VALERIE DODINI and Defendant CITY OF FAIRFIELD by and through their respective counsel who respectfully request and stipulate as follows:

WHEREAS initial expert disclosures are due on October 16, 2015 and rebuttal expert disclosures are due on October 23, 2015;

1

1  WHEREAS Plaintiff's expert's, Paul Bishop, is on vacation and unavailable the entire month of October;

2  WHEREAS the parties have been engaged in settlement discussions and anticipate, and are working toward, resolution of the injunctive relief sought in this case;

3  NOW THEREFORE, the parties hereby stipulate that the deadline to designate experts is now November 16, 2015 and the deadline to designate rebuttal experts is now November 23, 2015.

Dated:  September 24, 2015                             CENTER FOR DISABILITY ACCESS


                                                       By:     */s/ Isabel Rose Masanque*
                                                            Isabel Rose Masanque
                                                            Attorney for Plaintiff
                                                            VALERIE DODINI


Dated:  September 24, 2015                             BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                                       By:     */s/ China M. Westfall*
                                                            Eugene B. Elliot
                                                            China M. Westfall
                                                            Attorneys for Defendant
                                                            CITY OF FAIRFIELD

2

## **ORDER**

Pursuant to joint motion of the parties, and finding good cause therefore, this Court hereby orders that trial and case management deadlines scheduled in this matter shall be modified as follows:

- **Expert witness disclosures**: November 16, 2015
- **Rebuttal expert witness disclosures**: November 23, 2015

**IT IS SO ORDERED.**

DATED:  9/24/2015                                    /s/ John A. Mendez
                                                                         John A. Mendez
                                                                         United States District Court Judge

3

STIPULATION TO MODIFY SCHEDULING ORDER
*Dodini v. City of Fairfield*, U.S. District Court Case No. 2:14-cv-02269-JAM-EFB