CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff
VALERIE DODINI


Eugene B. Elliot, State Bar No. 111475
China M. Westfall, State Bar No. 300982
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE DODINI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD,<br><br>    Defendants. | Case No. 2:14-cv-02269-JAM-EFB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER**<br><br>Complaint filed: September 30, 2014<br>Trial date: May 9, 2016<br><br>**Hon. John A. Mendez** |

### STIPULATION TO MODIFY SCHEDULING ORDER

COMES NOW Plaintiff VALERIE DODINI and Defendant CITY OF FAIRFIELD by and through their respective counsel who respectfully request and stipulate as follows:

WHEREAS the discovery deadline is December 18, 2015 and the dispositive motion deadline is January 27, 2016;

WHEREAS the parties have been engaged in settlement discussions and continue to work toward resolution of the injunctive relief sought in this case;

WHEREAS the parties seek additional time to schedule and take depositions and to prepare dispositive motions;

WHERAS the parties have had difficulty selecting mutually agreeable deposition dates during the months of November and December but have greater schedule flexibility in the month of January;

NOW THEREFORE, the parties hereby stipulate that the discovery deadline shall be extended to January 22, 2016 and the dispositive motion deadline shall be extended to February 5, 2016.  The last day for hearing dispositive motions shall be moved at the Court's discretion.

Dated:  November 24, 2015                    CENTER FOR DISABILITY ACCESS

By:   */s/ Isabel Masanque*
     Isabel Rose Masanque
     Attorney for Plaintiff
     VALERIE DODINI

Dated:  November 24, 2015                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Eugene Elliot*
     Eugene B. Elliot
     China M. Westfall
     Attorneys for Defendant
     CITY OF FAIRFIELD

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show her signature on this Stipulation as /s/.

Dated:  November 24, 2015                    By:   */s/ Eugene Elliot*
     Eugene B. Elliot

# ORDER

Pursuant to joint motion of the parties, and finding good cause therefore, this Court hereby orders that case management deadlines scheduled in this matter shall be modified as follows:

- **Discovery Deadline**: January 22, 2016
- **Dispositive Motion Deadline**: February 5, 2016

**IT IS SO ORDERED.**

DATED: 11/30/2015                    /s/ John A. Mendez
                                     John A. Mendez
                                     UNITED STATES DISTRICT JUDGE

3
STIPULATION TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER
*Dodini v. City of Fairfield*, U.S. District Court Case No. 2:14-cv-02269-JAM-EFB