CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff
VALERIE DODINI

Eugene B. Elliot, State Bar No. 111475
China M. Westfall, State Bar No. 300982
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: eelliot@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE DODINI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD,<br><br>　　　　Defendants. | Case No. 2:14-cv-02269-JAM-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Complaint filed: September 30, 2014<br>Trial date: August 1, 2016<br><br>**Hon. John A. Mendez** |

Pursuant to Local Rule 271, Plaintiff VALERIE DODINI and Defendant CITY OF FAIRFIELD, by and through their respective counsel, hereby stipulate and request the Court order referral to the Voluntary Dispute Resolution Program (VDRP).

1

The Parties stipulate that:

1.     They will mediate the issues of damages and attorney's fees in this matter under Local Rule 271;

2.     The VDRP Administrator shall assign a Neutral to mediate these issues;

3.     They will complete the VDRP process by March 4, 2016, and the Neutral shall file confirmation of that completion by March 11, 2016.


Dated:  January 20, 2016                        CENTER FOR DISABILITY ACCESS

                                                By:  ____/s/ Isabel Rose Masanque_____
                                                    Isabel Rose Masanque
                                                    Attorney for Plaintiff
                                                    VALERIE DODINI


Dated:  January 20, 2016                        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                By:  ____/s/ China Westfall_____
                                                    Eugene B. Elliot
                                                    China M. Westfall
                                                    Attorneys for Defendant
                                                    CITY OF FAIRFIELD

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show her signature on this Stipulation as /s/.

Dated:  January 20, 2016              By:  ____/s/ China Westfall_____
                                          China M. Westfall


**ORDER**

Pursuant to the stipulation of the parties and Local Rule 271, this matter is referred to the Court's Voluntary Dispute Resolution Program.

**IT IS SO ORDERED.**

DATED: 1/20/2016                      /s/ John A. Mendez_____
                                      John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE

2