CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff
VALERIE DODINI

Eugene B. Elliot, State Bar No. 111475
China M. Westfall, State Bar No. 300982
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE DODINI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD,<br><br>    Defendants. | Case No. 2:14-cv-02269-JAM-EFB<br><br>**STIPULATION TO MODIFY VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) COMPLIANCE AND DISCOVERY DEADLINES AND ORDER**<br><br>Complaint filed: September 30, 2014<br>Trial date: August 1, 2016<br><br>**Hon. John A. Mendez** |

Plaintiff VALERIE DODINI and Defendant CITY OF FAIRFIELD by and through their respective counsel respectfully request and stipulate as follows:

1. WHEREAS the VDRP compliance deadline is currently March 4, 2016 and the Neutral's completion report deadline is March 11, 2016;

2. WHEREAS the parties seek additional time to schedule and complete the mediation process through VDRP;

3. WHEREAS the parties seek to continue the VDRP compliance deadlines to allow mediation to be scheduled for the week of March 7, 2016;

4. NOW THEREFORE, the parties hereby stipulate that the VDRP compliance deadline shall be extended to March 18, 2016.  The Neutral's deadline to file a VDRP completion report shall be extended to March 23, 2016. Accordingly, the discovery cut-off shall be extended to April 1, 2016 and the motion filing deadline shall be extended to May 3, 2016.

Dated:  February 12, 2016                          CENTER FOR DISABILITY ACCESS

                                                   By:     */s/ Isabel Rose Masanque*
                                                         Isabel Rose Masanque
                                                         Attorney for Plaintiff
                                                         VALERIE DODINI

Dated:  February 12, 2016                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                   By:     */s/ China Westfall*
                                                         Eugene B. Elliot
                                                         China M. Westfall
                                                         Attorneys for Defendant
                                                         CITY OF FAIRFIELD

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show her signature on this Stipulation as /s/.

Dated: February 12, 2016                           By:     */s/ China Westfall*
                                                         China M. Westfall

## ORDER (AS MODIFIED BY THE COUR)

Pursuant to joint motion of the parties, and finding good cause therefore, this Court hereby orders that VDRP and discovery deadlines scheduled in this matter shall be modified as follows:

- **Compliance Deadline**: March 18, 2016
- **Neutral's Completion Report Deadline**: March 23, 2016
- **Discovery Deadline**: April 1, 2016
- **Dispositive Motion Filing Deadline**: May 3, 2016
- **Dispositive motion hearing**:         May 31, 2016 at 1:30 p.m.
- **Joint pretrial statement due**:        July 1, 2016
- **Pretrial conference**:                July 8, 2016 at 10:00 a.m.
- **Jury trial**:                         August 15, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 2/12/2016                    /s/ John A. Mendez
                                                                             John A. Mendez
                                                                             UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION TO MODIFY VDRP COMPLIANCE DEADLINES AND [PROPOSED] ORDER
*Dodini v. City of Fairfield*, U.S. District Court Case No. 2:14-cv-02269-JAM-EFB