CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

Eugene B. Elliot, State Bar No. 111475
China M. Westfall, State Bar No. 300982
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE DODINI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD,<br><br>    Defendants. | Case No. 2:14-cv-02269-JAM-EFB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER**<br><br>Complaint filed: September 30, 2014<br>Trial date: August 15, 2016<br><br>**Hon. John A. Mendez** |

### **STIPULATION TO MODIFY SCHEDULING ORDER**

COMES NOW Plaintiff VALERIE DODINI and Defendant CITY OF FAIRFIELD by and through their respective counsel who respectfully request and stipulate as follows:

WHEREAS the Parties participated in a mediation on March 10, 2016;

WHEREAS the Parties have reached an agreement on the injunctive relief issues;

1

1  WHEREAS the Parties have also tentatively reached an agreement as to damages and attorney's
2 fees;
3  WHEREAS all aspects of the settlement are pending final approval from the City Council;
4  NOW THEREFORE, the parties hereby stipulate that all remaining deadlines in this case,
5 including the discovery cut-off and pre-trial dates be continued approximately 90 days in order for the
6 Parties to obtain final approval of the tentative settlement agreement.

Dated:  March 14, 2016                              CENTER FOR DISABILITY ACCESS

By:     */s/ Isabel Rose Masanque*
          Isabel Rose Masanque
          Attorney for Plaintiff
          VALERIE DODINI

Dated:  March 14, 2016                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     */s/ China M. Westfall*
          Eugene B. Elliot
          China M. Westfall
          Attorneys for Defendant
          CITY OF FAIRFIELD

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show her signature on this Stipulation as /s/.

Dated: March 14, 2016                               CENTER FOR DISABILITY ACCESS

By: /s/ Isabel Rose Masanque

Isabel Rose Masanque

Attorneys for Plaintiff

### ORDER (AS MODIFIED BY THE COURT)

Pursuant to joint motion of the parties, and finding good cause therefore, this Court hereby orders that trial and case management deadlines scheduled in this matter shall be modified as follows:

- **Discovery cut-off**: April 1, 2016 to July 1, 2016;
- **Dispositive motion filing deadline**: May 3, 2016 to August 9, 2016;
- **Dispositive motion hearing date**: September 6, 2016 at 1:30 p.m.
- **Joint Pretrial statement due**: July 1, 2016 to September 30, 2016;
- **Pretrial Conference:** July 8, 2016 to October 14, 2016 at 10:00 a.m.;
- **Trial:** August 15, 2016 to November 28, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 3/14/2016                              /s/ John A. Mendez
                                              John A. Mendez
                                              United States District Court Judge

STIPULATION TO MODIFY SCHEDULING ORDER
*Dodini v. City of Fairfield*, U.S. District Court Case No. 2:14-cv-02269-JAM-EFB