UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE DODINI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD and Does 1-10, Inclusive,<br><br>Defendants. | Case: 2:14-CV-02269-JAM-EFB<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), and the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 5/31/2016         /s/ John A. Mendez
                        HONORABLE JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE

1